# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**EDWARD WILLIAM WALLACE, SR.,**

    **Plaintiff,**

**vs.**                                     **CASE NO. 3:08CV350-RV/AK**

**PAT HANRATTY, et al,**

    **Defendants.**

_____/

## O R D E R

Presently before the Court in the above entitled action is Defendants' Unopposed Motion for Leave of Court to Extend deadlines. (Doc. 43). Having considered said motion, the Court is of the opinion that it **should be GRANTED, and that the discovery deadline shall be set for January 11, 2010**, and the deadline for filing dispositive motions shall be extended through **February 1, 2010.**

**DONE AND ORDERED** this **9th** day of October, 2009.


                                                    s/ A. KORNBLUM
                                                    **ALLAN KORNBLUM**
                                                    **UNITED STATES MAGISTRATE JUDGE**