IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EDWARD W. WALLACE, SR.,

    Plaintiff,

vs.                               CASE NO. 3:08CV350-RV/AK

LT. HANRATTY, et al,

    Defendants.

_____/

## O R D E R

Presently before the Court in the above entitled action is Plaintiff's Motion to file a "Supplemental" Complaint. (Doc. 52). At present there are two motions to dismiss pending and discovery has been extended through January 11, 2010. The time for requesting an amendment to the pleadings has long since expired and Plaintiff offers no reason to offer an extension of time at this point in the proceedings nor does he provide a proposed amended complaint in support of his motion. Therefore, the motion is **DENIED**.

**DONE AND ORDERED** this *30th* day of November, 2009.

                                        *s/ A. KORNBLUM*
                                        **ALLAN KORNBLUM**
                                        **UNITED STATES MAGISTRATE JUDGE**