IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EDWARD WILLIAM WALLACE, SR.,

    Plaintiff,

vs.                                    CASE NO. 3:08CV350-RV/AK

LT. HANRATTY, et al,

    Defendants.

_____/

**O R D E R**

Plaintiff requests leave to file an attached memorandum in response to Defendants' motions to dismiss (docs. 37 and 38) which have been pending since July 16, 2009. (Doc. 56). Plaintiff claims that he only recently learned of the motions. Out of an abundance of caution, the court hereby **GRANTS** Plaintiff's motion and will consider the memorandum in determining the issue of exhaustion raised in Defendants' motions.

Plaintiff has also again moved for appointment of counsel (doc. 57), which the Court **DENIES** for the reasons stated previously. (See Doc. 49).

**DONE AND ORDERED** this 29th day of December, 2009.

                                        s/ A Kornblum
                                        **ALLAN KORNBLUM**
                                        **UNITED STATES MAGISTRATE JUDGE**